IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHELLE PORTER, | * |
| Plaintiff, | * |
| v. | Case No. 4:15-cv-93 (CDL) |
| | * |
| J. LEN WILLIAMS and HOUSING AUTHORITY OF COLUMBUS, GEORGIA, | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 28, 2016, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

Plaintiff's state law claims are remanded to the State Court of Muscogee County, Georgia.

This 28th day of June 2016.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk